JS 44C/SDNY
REV. 05/28/2024

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)             ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No ☐  Yes ☐  _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐  If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**    No ☐    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                **NATURE OF SUIT**

**TORTS**                                                                                            **ACTIONS UNDER STATUTES**

**CONTRACT**                      **PERSONAL INJURY**            **PERSONAL INJURY/**              **FORFEITURE/PENALTY**          **BANKRUPTCY**                    **OTHER STATUTES**

[ ] 110  INSURANCE               [ ] 310  AIRPLANE                [ ] 367 HEALTHCARE/               [ ] 625 DRUG RELATED            [ ] 422 APPEAL                    [ ] 375 FALSE CLAIMS
[ ] 120  MARINE                  [ ] 315  AIRPLANE PRODUCT              PHARMACEUTICAL PERSONAL         SEIZURE OF PROPERTY              28 USC 158                   [ ] 376 QUI TAM
[ ] 130  MILLER ACT                       LIABILITY                     INJURY/PRODUCT LIABILITY        21 USC 881                  [ ] 423 WITHDRAWAL                [ ] 400 STATE
[ ] 140  NEGOTIABLE              [ ] 320  ASSAULT, LIBEL &        [ ] 365 PERSONAL INJURY           [ ] 690 OTHER                          28 USC 157                       REAPPORTIONMENT
         INSTRUMENT                       SLANDER                        PRODUCT LIABILITY                                                                            [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF             [ ] 330  FEDERAL                 [ ] 368 ASBESTOS PERSONAL                                                                           [ ] 430 BANKS & BANKING
         OVERPAYMENT &                    EMPLOYERS'                     INJURY PRODUCT                                             **PROPERTY RIGHTS**               [ ] 450 COMMERCE
         ENFORCEMENT                      LIABILITY                      LIABILITY                                                                                    [ ] 460 DEPORTATION
         OF JUDGMENT             [ ] 340  MARINE                                                                                    [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT            [ ] 345  MARINE PRODUCT          **PERSONAL PROPERTY**                                             [ ] 830 PATENT                            ENCED & CORRUPT
[ ] 152  RECOVERY OF                      LIABILITY                                                                                 [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION   ORGANIZATION ACT
         DEFAULTED               [ ] 350  MOTOR VEHICLE           [ ] 370 OTHER FRAUD                                               [ ] 840 TRADEMARK                         (RICO)
         STUDENT LOANS           [ ] 355  MOTOR VEHICLE           [ ] 371 TRUTH IN LENDING                                                                            [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)                  PRODUCT LIABILITY                                                                         **SOCIAL SECURITY**               [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF             [ ] 360  OTHER PERSONAL          [ ] 380 OTHER PERSONAL            **LABOR**                                                                 PROTECTION ACT
         OVERPAYMENT                      INJURY                          PROPERTY DAMAGE                                           [ ] 861 HIA (1395ff)
         OF VETERAN'S            [ ] 362  PERSONAL INJURY -       [ ] 385 PROPERTY DAMAGE           [ ] 710 FAIR LABOR              [ ] 862 BLACK LUNG (923)          [ ] 490 CABLE/SATELLITE TV
         BENEFITS                         MED MALPRACTICE                PRODUCT LIABILITY                  STANDARDS ACT           [ ] 863 DIWC/DIWW (405(g))        [ ] 850 SECURITIES/
[ ] 160  STOCKHOLDERS                                                                               [ ] 720 LABOR/MGMT              [ ] 864 SSID TITLE XVI                    COMMODITIES/
         SUITS                                                    **PRISONER PETITIONS**                    RELATIONS               [ ] 865 RSI (405(g))                      EXCHANGE
[ ] 190  OTHER                                                    [ ] 463 ALIEN DETAINEE            [ ] 740 RAILWAY LABOR ACT                                         [ ] 890 OTHER STATUTORY
         CONTRACT                                                 [ ] 510 MOTIONS TO                [ ] 751 FAMILY MEDICAL          **FEDERAL TAX SUITS**                     ACTIONS
[ ] 195  CONTRACT                **ACTIONS UNDER STATUTES**               VACATE SENTENCE                   LEAVE ACT (FMLA)                                          [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                                          28 USC 2255                                               [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY               **CIVIL RIGHTS**                 [ ] 530 HABEAS CORPUS             [ ] 790 OTHER LABOR                     Defendant)                [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE                                                [ ] 535 DEATH PENALTY                     LITIGATION              [ ] 871 IRS-THIRD PARTY                   MATTERS
                                 [ ] 440  OTHER CIVIL RIGHTS      [ ] 540 MANDAMUS & OTHER          [ ] 791 EMPL RET INC                    26 USC 7609               [ ] 895 FREEDOM OF
                                          (Non-Prisoner)                                                    SECURITY ACT (ERISA)                                             INFORMATION ACT
**REAL PROPERTY**                [ ] 441  VOTING                                                                                                                      [ ] 896 ARBITRATION
                                 [ ] 442  EMPLOYMENT                                                                                                                  [ ] 899 ADMINISTRATIVE
[ ] 210  LAND                    [ ] 443  HOUSING/                                                  **IMMIGRATION**                                                           PROCEDURE ACT/REVIEW OR
         CONDEMNATION                     ACCOMMODATIONS          **PRISONER CIVIL RIGHTS**                                                                                   APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE             [ ] 445  AMERICANS WITH                                            [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &                     DISABILITIES -          [ ] 550 CIVIL RIGHTS                      APPLICATION                                               [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                        EMPLOYMENT              [ ] 555 PRISON CONDITION          [ ] 465 OTHER IMMIGRATION                                                 STATE STATUTES
[ ] 240  TORTS TO LAND           [ ] 446  AMERICANS WITH          [ ] 560 CIVIL DETAINEE                    ACTIONS
[ ] 245  TORT PRODUCT                     DISABILITIES -OTHER            CONDITIONS OF CONFINEMENT
         LIABILITY               [ ] 448  EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A **CLASS ACTION**            DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
   UNDER F.R.C.P. 23                             AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                                 IF SO, STATE:

DEMAND $_____  OTHER _____    JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND:   YES    NO                NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF   2 U.S. DEFENDANT   3 FEDERAL QUESTION (U.S. NOT A PARTY)   4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT # _____   Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)