David A. Ward
**KLUGER HEALEY, LLC**
521 Newman Springs Road, Suite 23
Lincroft, NJ  07738
Telephone:  (973) 307-0800

**ATTORNEYS FOR PLAINTIFF
SOCIAL POSITIONING INPUT SYSTEMS, LLC**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CURB MOBILITY, LLC,**<br><br>Defendants. | Case No. 24-cv-6056<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Social Positioning Input Systems, LLC states that it has no parent corporation, and that no publicly-held corporation holds 10% or more of its stock.

Dated:  August 8, 2024                                    Respectfully Submitted

*/s/ David A. Ward*
**KLUGER HEALEY, LLC**