# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**CURB MOBILITY, LLC,**<br><br>    **Defendant.** | CIVIL ACTION NO. 1:24-cv-6056-ER<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Social Positioning Input Systems, LLC moves to dismiss its claims against Curb Mobility, LLC **with prejudice**, with each party bearing its own attorneys' fees and costs.


Dated: November 8, 2024          Respectfully submitted,

/s/ *David A. Ward*
David A. Ward
KLUGER HEALEY, LLC
521 Newman Springs Road, Suite 23
Lincroft, New Jersey 07738
732-852-7500
Dward@klugerhealey.com

*Counsel for Plaintiff Social Positioning Input Systems, LLC*

Dated: November 8, 2024

Respectfully submitted,

*/s/ Joshua L. Raskin*
Joshua L. Raskin
Vimal M. Kapadia
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (202) 801-9200
Joshua.raskin@gtlaw.com
vimal.kapadia@gtlaw.com

*Counsel for Defendant Curb Mobility, LLC*