UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOCIAL POSITIONING INPUT
SYSTEMS, LLC,

                  Plaintiff,

-*against*-

CURB MOBILITY, LLC,

                  Defendant.

**ORDER**

24-cv-6056 (ER)

The Court having been advised that all claims asserted herein have been settled, the Clerk of Court is respectfully directed to terminate the motion, Doc. 16, and close the case.

    SO ORDERED.

Dated:   April 2, 2025
            New York, New York

                                                Edgardo Ramos, U.S.D.J.